**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| **BELAIR ELECTRONICS, INC.,**<br><br>         **Plaintiff,**<br><br>    v.<br><br>**CAUDABE LLC,**<br><br>         **Defendant.** | **Case No.: 1:23-cv-00446**<br><br>**Judge Jeffery P. Hopkins** |

**JOINT MOTION FOR ENTRY OF STIPULATED
FINAL CONSENT JUDGMENT**

Pursuant to the Confidential Agreement between Plaintiff BelAir Electronics, Inc. ("BelAir") and Defendant Caudabe LLC ("Caudabe"), BelAir and Caudabe respectfully move jointly for entry of the Stipulated Final Consent Judgment ("Consent Judgment") attached hereto as **Exhibit 1**. The Court's entry of the Consent Judgment will finally resolve all claims and defenses in the above-captioned action.

Dated: September 29, 2023                                    Respectfully submitted,

|  |  |
|---|---|
| | /s/ Justin J. Joyce |
| Timothy J. Haller (*Pro Hac Vice*) | Justin J. Joyce (0090683) |
| Haller Law PLLC | Porter Wright Morris & Arthur LLP |
| 230 East Delaware Place, Suite 5E | 250 East Fifth Street, Suite 2200 |
| Chicago, IL 60611 | Cincinnati, OH 45202 |
| Telephone: (630) 336-4283 | Telephone: (513) 369-4232 |
| Email: haller@haller-iplaw.com | Fax: (513) 421-0991 |
| | Email: jjoyce@porterwright.com |

Jared M. Klaus (Atty Reg.: 87780)
Porter Wright Morris & Arthur LLP
41 South High Street, Suites 2800 – 3200
Columbus, OH 43215
Telephone: (614) 227-2076
Fax: (614) 227-2100
Email: jklaus@porterwright.com

***Trial Attorneys for Plaintiff,***
  ***BelAir Electronics, Inc.***

|  |  |
|---|---|
| | /s/ Gretchen L. Jankowski |
| Andrew R. Cheslock | *Per e-mail authorization September 29, 2023* |
| Roger H. Lee | Gretchen L. Jankowski |
| Buchanan Ingersoll & Rooney PC | Buchanan Ingersoll & Rooney PC |
| 1737 King Street, Suite 500 | 501 Grant Street, Suite 200 |
| Alexandria, VA 22314 | Pittsburgh, PA 15219 |
| Telephone: (703) 836-6620 | Telephone: (412) 562-8800 |
| Email: andrew.cheslock@bipc.com | Email: gretchen.jankowski@bipc.com |
| Email: roger.lee@bipc.com | |

***Attorneys for Defendant,***
  ***Caudabe LLC***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Joint Motion For Entry Of Stipulated Final Consent Judgment* was filed via the electronic filing system on this 29th day of September, 2023. A copy was served via email on counsel for Defendant Caudabe LLC to the following:

Andrew R. Cheslock
Roger H. Lee
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA 22314
Telephone: (703) 836-6620
Email: andrew.cheslock@bipc.com
Email: roger.lee@bipc.com

Gretchen L. Jankowski
Buchanan Ingersoll & Rooney PC
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Email: gretchen.jankowski@bipc.com

                                             */s/ Justin J. Joyce*
                                             Justin J. Joyce
                                             *Attorney for Plaintiff, BelAir Electronics, Inc.*

23204267v1